AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

United States of America

v.

SANDRA JEAN JACKSON

)
)
)
)
)
)
)
)

Case No:   04-00213-003

USM No:   08845-003

Date of Original Judgment:        9/13/2005
Date of Previous Amended Judgment:   7/24/2008
*(Use Date of Last Amended Judgment if Any)*

Pro Se
_____
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of    144    months **is reduced to**   115 months   .

Except as otherwise provided, all provisions of the judgment dated    9/13/2005    shall remain in effect.

**IT IS SO ORDERED**.

Order Date:        01/26/2012

Effective Date: _____
*(if different from order date)*

/s/  Callie V. S. Granade
_____
*Judge's signature*

United States District Judge
_____
*Printed name and title*